UNITED STATES BANKRUPTCY COURT    WE-32BB
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT HAMMOND

| | |
|---|---|
| IN RE: ) | |
| Ryan Vasko ) | |
| Susan Vasko ) | BANKRUPTCY NO.  09-20438-jpk |
| ) | |
| Debtors ) | |

## ORDER AND NOTICE OF MOTION BY DEBTORS FOR ENTRY OF HARDSHIP DISCHARGE PURSUANT TO §1328(b) OF THE BANKRUPTCY ABUSE PREVENTION AND CONSUMER PROTECTION ACT OF 2005

**NOTICE IS HEREBY GIVEN** that on January 28, 2014, the Debtors filed a Motion for the entry of a Hardship Discharge pursuant to §1328(b) of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005.

It is therefore,

**ORDERED,** and **NOTICE** is hereby given, that objections to the above Motions, or any requests for a hearing thereon, if any, must be filed in writing with the Clerk of this Court, and by producing a copy thereof to the Debtors, the Attorney for the Debtors, the Trustee, and the U. S. Trustee within 30 days from the date of this Order.  In the event any such objection or request for hearing is filed, the Court will set the same down for hearing at a later date upon further notice.  And it is further

**ORDERED**, and **NOTICE** is hereby given, that absent any objection or request for hearing, the Court may enter an order granting the Debtors a hardship discharge pursuant to §1328(b), without further notice and hearing.

A copy of the Motion is available in the Office of the Bankruptcy Clerk, 5400 Federal Plaza, Hammond, Indiana, 46320.

Dated:   February 6, 2014

_____
JUDGE, U.S. BANKRUPTCY COURT

Distribution
Debtors, Attorney for Debtors
Trustee
Attorney for Trustee
All Creditors